Arrest on Out-of-District Offense

FILED

# UNITED STATES DISTRICT COURT

08 APR 25 PM 2:01

## SOUTHERN DISTRICT OF CALIFORNIA

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: '08 MJ1298

The person charged as _Kenneth JOHNSON, Jr._ now appears before this United States

District Court for an initial appearance as a result of the following charges having been filed in the United States

District Court for the _Western_ District of _Tennessee_

with _possess marijuana with intent to distribute_ , in

violation of _____

   Title 21 USC 812 and 846

_____

_____

The charging documents and the warrant of the arrest of the defendant which was issued by the above

United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information and belief.

DATED: ___4/25/2008___

_Thomas Maranda_
(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: _April 25, 2008_

_____
Assistant United States Attorney

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

WESTERN     DISTRICT OF     TENNESSEE

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

Case Number:     07-20225-B

KENNETH JOHNSON, JR.

TO:     The United States Marshal
and any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest   KENNETH JOHNSON, JR.

and bring him or her forthwith to the nearest magistrate judge to answer a(n)                    Name

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Probation Violation Petition ☐ Supervised Release Vilation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Conspiracy to Possess with intent to Distribute a Controlled Substance.

in violation of Title ___21___      United States Code, Section(s) 846

THOMAS M. GOULD
Name of Issuing Officer

U.S. DISTRICT COURT CLERK
Title of Issuing Officer

Signature of Issuing Officer

04-22-08 MEMPHIS, TN

Date and Location

Bail fixed at $ Detention requested     by   TU M. PHAM, US MAGISTRATE

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff. | ) | CR. NO. 07-20225-B |
| | ) | |
| vs. | ) | 21 U.S.C. § 846 |
| | ) | 18 U.S.C. § 922(g) |
| WILLIE THOMPSON, | ) | |
| LUIS HOYOS, and | ) | |
| KENNETH JOHNSON, JR. | ) | |
| | ) | |
| Defendants. | ) | |

## SUPERSEDING I N D I C T M E N T

THE GRAND JURY CHARGES:

### COUNT ONE

Beginning at a time unknown to the Grand Jury, through July 12, 2007, in the

Western District of Tennessee and elsewhere, the defendants,

————————————WILLIE THOMPSON————————————

————————————LUIS HOYOS————————————

and

————————————KENNETH JOHNSON, JR.————————————

did unlawfully, knowingly and intentionally conspire, combine, confederate and agree with

each other, and with ALEJANDRO GONZALES, GERARDO VELASQUEZ, CARL

SUTTON, and FRANCES COLLINS and with other persons both known and unknown to

the Grand Jury, to possess with the intent to distribute and to distribute in excess of 100

kilograms of a mixture and substance containing a detectable amount of marijuana, a

controlled substance as classified by Title 21, United States Code, Section 812 as a

Schedule I controlled substance, in violation of Title 21, United States Code, Section 846.

2

## COUNT TWO

On or about July 12, 2007, in the Western District of Tennessee, the defendant,

———————————————— WILLIE THOMPSON ————————————————

having been convicted of a crime punishable by imprisonment for a term exceeding one

year, did knowingly possess in and affecting interstate commerce a firearm and

ammunition, that is:

1.    a Hi-Point 9mm handgun, serial number P1355875, and

2.    Winchester .32 caliber rounds of ammunition;

all in violation of Title 18, United States Code, Section 922(g).


A TRUE BILL:

_____

s/Grand Jury Foreperson

FOREPERSON

DATED: _April 22 2008_

_____

UNITED STATES ATTORNEY

3