**Minutes of the United States District Court**
**Southern District of California**
**MAY 8, 2008**

HON. **JAN M. ADLER**                    DEPUTY CLERK: **R. RHONE**

---

TAPE NO.JMA08-01-14:40-14:42

08MJ1298-JMA            USA    vs.    KENNETH JOHNSON -08919298 (C)

REMOVAL/ID HRG                        GARY PAUL BURCHAM, CJA

                                      AUSA: TARA MCGRATH

---

DFT ADMITS IDENTITY

WAIVER FILED

ORDER FILED

2 MINUTES